IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RHONSHAWN JACKSON, )
    Plaintiff )
) No. 1:18-cv-32
)
SGT. O'BRIEN, et al., )
    Defendants )

PRETRIAL ORDER

AND NOW, this 2nd day of July, 2021, the Court HEREBY ORDERS as follows:

1. Jury Selection & Trial

    a. Jury selection is set for January 10, 2022 at 10:00 a.m. in Courtroom B, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

    b. The trial shall begin on January 10, 2022 immediately following jury selection.

2. Pretrial Narrative Statements

    a. Plaintiff(s) shall file a Pretrial Narrative Statement no later than **October 12, 2021**.

    b. Defendant(s) shall file a Pretrial Narrative Statement no later than **October 26, 2021**.

3. Witness Lists and Exhibits

    a. The witnesses identified in the parties' Pretrial Narrative Statements shall constitute the list of witnesses permitted to be called, other than for purely impeachment purposes. To the extent that any party seeks to amend its witness list, an appropriate motion shall be filed by **December 27, 2021**.

    b. All exhibits must be marked and exchanged in advance of the Final Pretrial Conference. Plaintiff(s) shall use numbers and Defendant(s) shall use letters.

    c. Objections to authenticity or admissibility of any exhibit and the reason(s) therefore must be raised at the Final Pretrial Conference.

4. Designation of Discovery Excerpts to be Offered at Trial

The parties shall submit designation of excerpts from depositions, interrogatory answers, and responses to requests for admission to be offered at trial (other than for impeachment) by **December 27, 2021**.

5. Motions and Briefs

    The parties shall file all motions in limine, including motions under Fed. R. Evid. 104(a) and motions to limit or sever issues, together with supporting briefs, and, if desired, a trial brief, by **November 26, 2021**. Responses shall be filed by **December 10, 2021**. All briefs supporting or opposing such motions are limited to five (5) pages; trial briefs are limited to twenty (20) pages.

6. Proposed Jury Instructions & Verdict Slips

    a. Counsel and unrepresented parties may file proposed jury instructions citing authority for each instruction by **December 10, 2021**.

    b. At the final pretrial conference, a ruling will be made on each proposed jury instruction and a copy of the Court's proposed charge to the jury will be supplied to counsel and any unrepresented party.

    c. Any party may file a proposed verdict slip by **December 10, 2021.**

7. Proposed Voir Dire

    Counsel and unrepresented parties are permitted to supplement the standard questions for prospective jurors (see Local Rule 47.1) provided that the proposed supplemental voir dire questions are submitted to the Court in writing by **December 10, 2021**. The Court will review any supplemental voir dire questions submitted and include any deemed appropriate. The Court's ruling on the parties' proposed supplemental voir dire questions will be conveyed to counsel and unrepresented parties at the final pretrial conference.

8. Joint Stipulations

   By **December 27, 2021**, the parties shall confer and attempt to reach stipulations as to:

   a. facts;

   b. issues to be decided;

   c. the authenticity and admissibility of exhibits;

   d. expert qualifications and reports;

   e. deposition testimony to be read into the record; and

   f. a brief statement of the claims and defenses to be read to the jury to introduce the trial.

   Counsel shall meet at a mutually convenient time and place to produce the joint stipulation in time for filing as ordered.

9. Final Pretrial Conference

   A final pretrial conference shall be held **January 7, 2022 at 10:00 a.m.** in Courtroom B, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

BY THE COURT:

_____
RICHARD A. LANZILLO
United States Magistrate Judge