IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE

| | |
|---|---|
| RHONSHAWN JACKSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SGT. O'BRIEN, CORRECTIONAL )<br>OFFICER BROWN, SISSEM, )<br>LIEUTENANT OF SECURITY AT SCI )<br>ALBION; )<br>)<br>Defendants, | 1:18-CV-00032-RAL |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** February 25, 2022
**Time:** 10:00 a.m. – 1:30 p.m.
**Type of Conference:** Mediation
**Reporter:** none
**Deputy Clerk/Law Clerk:** CMG / AJS

**Counsel For Plaintiff(s)**
Andrew J. Horowitz

**Counsel For Defendant(s)**
Michael P. Gaetani
Scott A. Bradley

**Orders, Remarks, Instructions**

- In addition to Plaintiff, Nourhene Chtourou (Mr. Horowitz's law clerk), and Chase DeFelice from the PA Department of Corrections were in attendance.

- The mediation was successful and settlement has been reached. The parties completed and executed a full settlement agreement for cases 1:16-cv-00133-SPB (W.D.Pa.) and 1:18-cv-00032-RAL (W.D.Pa.). All material terms were read aloud to Plaintiff and he agreed to all material terms. Plaintiff Rhonshawn Jackson authorized his attorney of record, Andrew Horowitz to execute the settlement agreement on his behalf and all counsel were agreeable to execute the settlement agreement using electronic signature.